IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
ELEVENTH JUDICIAL CIRCUIT
STATE OF MISSOURI

| | |
|---|---|
| PREMIER BANK, <br><br> Plaintiff, <br><br> v. <br><br> PELICAN COURT, LLC, <br> NEW HOLDINGS, LLC, <br> DOUGLAS D. HOWARD, <br> JENNIFER V. HOWARD, <br> RICHARD M. ROBINSON, <br> ALYSON T. ROBINSON, <br> MARC R. SARNI, and <br> MARY T. SARNI, <br><br> Defendants. | Cause No.   1011-CV07513 <br><br> Division:   1 <br><br> FILED <br> DEC 13 2010 <br> Circuit Clerk <br> ST. CHARLES COUNTY |

## ORDER

Upon application of Federal Deposit Insurance Corporation ("FDIC"), as Receiver of Plaintiff Premier Bank ("Premier Bank"), the Motion for Substitution of Party Plaintiff Upon Transfer of Interest is GRANTED. The FDIC is hereby substituted as Plaintiff in place of Premier Bank in the above-referenced case. All rights of Counter-Claim Plaintiffs are hereby expressly reserved with respect to the right of setoff or otherwise, as well as any applicable defenses.

SO ORDERED:

_____
Honorable Ted House
Circuit Court of St. Charles County
State of Missouri
Eleventh Judicial Circuit
Division 1

Date: 12/13/10

By consent except for the Robinson Defendants who remain in default.