UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  4:10CV2351 TIA |
| PELICAN COURT, LLC, NEW HOLDINGS, LLC, DOUGLAS D. HOWARD, JENNIFER V. HOWARD, RICHARD M. ROBINSON, ALYSON T. ROBINSON, MARC R. SARNI, and MARY T. SARNI, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on the Federal Deposit Insurance Corporation as Receiver for

Premier Bank's Motion to Stay Pending the Exhaustion of Administrative Remedies (Docket No. 11).

Upon consideration of the Federal Deposit Insurance Corporation's motion and the lack of opposition

thereto, the Court finds that the motion should be granted so that all proceedings in this cause of

action are stayed until Federal Deposit Insurance Corporation has complied with the claims procedure

delineated in 12 U.S.C. § 1821(d) .  The stay will remain in effect until a party petitions for its

removal and the Court grants such request.

**IT IS HEREBY ORDERED** that the Federal Deposit Insurance Corporation as Receiver

for Premier Bank's Motion to Stay Pending the Exhaustion of Administrative Remedies (Docket No.

11) is GRANTED to the extent that the Federal Deposit Insurance Company seeks to stay all

proceedings herein until the claims procedure set forth in 12 U.S.C. § 1821(d) have been satisfied.

**IT IS FURTHER ORDERED** that this matter is stayed until the earlier of one hundred eighty days from the date on which represented Defendants file their claims with the FDIC or ten days after the FDIC renders a final determination upon those claims.

Dated this __13th__ day of January, 2011.

                                        __/s/ Terry I. Adelman_____
                                        UNITED STATES MAGISTRATE JUDGE